FLORA, APPELLANT, *v.* ROGERS, SUPT., APPELLEE.

[Cite as *Flora v. Rogers* (1993), 67 Ohio St.3d 441.]

---

(No. 93–611—Submitted July 28, 1993—Decided October 13, 1993.)

*Mike Flora, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its decision.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.